# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)**: 24-1392

**Case Name**: AliveCor, Inc. v. Apple Inc.

**Hearing Location** (*city*): San Francisco

**Your Name**: Adam Wolfson

List the sitting dates for the two sitting months you were asked to review:

April 2025: 1-4, 7-11
May 2025: 12-16, 19-23

Do you have an unresolvable conflict on any of the above dates? ◯ Yes  ⬤ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes  ⬤ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature**: s/Adam Wolfson      **Date**: December 9, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                         New 12/01/2018