UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-1392

**Case Name** AliveCor, Inc. v. Apple Inc.

Hearing Location (*city*) San Francisco

Your Name Thomas G. Hungar

List the sitting dates for the two sitting months you were asked to review:

March 31 - April 4, 2025; April 7 - 11, 2025; May 12 - 16, 2025; May 19 - 23, 2025

Do you have an unresolvable conflict on any of the above dates? ☐ Yes ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

☐ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Thomas G. Hungar    **Date** December 9, 2024

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 32                                                                                           New 12/01/2018