UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| ALIVECOR, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> APPLE INC., <br><br> Defendant - Appellee. | No. 24-1392 <br><br> D.C. No. <br> 4:21-cv-03958-JSW <br> Northern District of California, <br> Oakland <br><br> ORDER |

Before: BERZON, FRIEDLAND, and MENDOZA, Circuit Judges.

The panel has unanimously voted to deny Appellant's petition for panel rehearing. Judge Friedland and Judge Mendoza have voted to deny the petition for rehearing en banc, and Judge Berzon so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petitions for panel rehearing and rehearing en banc are DENIED.